THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY COLLINS, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Attempted Criminal Possession Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRADLEY J. DUNAWAY, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Orleans County Court, Punch, J.—Violation of Probation.) Present—Pine, J. P., Lawton, Hayes, Callahan and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAMELA GAVIN, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.—Violation of Probation.) Present—Pine, J. P., Lawton, Hayes, Balio and Fallon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO GUERRERO, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Murder, 2nd Degree.) Present—Green, J. P., Pine, Wisner, Callahan and Fallon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD KELLY, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Attempted Burglary, 3rd Degree.) Present—Denman, P. J., Green, Lawton, Hayes and Fallon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNY ROSA MAYSONET, Appellant. [666 NYS2d 866] —Judgment